

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 14, 2023

By ECF
Hon. Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Xhafa v. Mayorkas, et al.*, No. 23 Civ. 3661 (JGLC)

Dear Judge Clarke:

    This Office represents defendants (collectively, the "government") in the above-captioned matter. I write respectfully, with plaintiff's consent and in accordance with Rule 2.e of Your Honor's Individual Rules and Practices in Civil Cases, to request that the conference scheduled for November 16, 2023, be adjourned until a later date.

    The reason for the requested adjournment is that agency counsel at U.S. Citizenship and Immigration Services who is handling this matter is out of the office until November 20, 2023, and therefore the undersigned will not be able to obtain an update on the status of plaintiff's asylum application until next week.

    The parties have consulted regarding alternative dates and propose that the conference proceed via Microsoft Teams on one of the following days:

- November 29, 2023, 9:30-11am or after 12:30pm
- December 1, 2023
- December 4, 2023, after 1pm

    This is the government's first request for an adjournment of the conference scheduled for November 16, 2023, and I thank the Court for its consideration of this letter.

Application GRANTED. The conference scheduled for November 16, 2023 is hereby adjourned to **November 29, 2023 at 10:00 a.m.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

Dated: November 15, 2023
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: <u>/s/ Jessica F. Rosenbaum</u>
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2777
Facsimile: (212) 637-2786
E-mail: jessica.rosenbaum@usdoj.gov